IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                     )<br>                                                          )<br>      v.                                           )<br>                                                          )<br>BRIAN J. BOWDER,                        )<br>                                                          )<br>            Defendant.                 )<br>                                                          ) | 4:08CR3094<br><br>ORDER ON MOTION FOR<br>CONTINUANCE OF REVOCATION<br>HEARING |

IT IS ORDERED that:

1. the Motion for Continuance of Revocation Hearing, filing 13, is granted;

2. the revocation hearing is continued until December 16, 2008, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated September 15, 2008.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge