IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3094 |
| v. | ) | |
| BRIAN J. BOWDER, | ) | ORDER GRANTING ORAL MOTION TO CONTINUE REVOCATION HEARING |
| Defendant. | ) | |

Counsel for the defendant has requested that the revocation hearing be continued until after the state court proceedings have been completed,

IT IS ORDERED that:

1. the oral motion to continue revocation hearing, docket entry no. 16, is granted;

2. the revocation hearing shall commence on January 27, 2009, at 10:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated December 12, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge