IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3094 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN J. BOWDER, | ) | ORDER GRANTING JOINT ORAL |
| | ) | MOTION TO CONTINUE REVOCATION |
| Defendant. | ) | HEARING |
| | ) | |

    IT IS ORDERED that the joint oral motion to continue revocation hearing is granted, and the revocation hearing is rescheduled to commence at 11:00 a.m. on February 24, 2009, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

    Dated February 18, 2009.

                                  BY THE COURT

                                  s/ Warren K. Urbom
                                  United States Senior District Judge